CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

February 09, 2026

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **WOODGRAIN, INC.,** | ) | |
| Plaintiff, | ) | Case No. 1:25CV00069 |
| v. | ) | **DEFAULT JUDGMENT** |
| **BKD ENTERPRISE, LLC, and WILLIAM B. BREWER,** | ) | JUDGE JAMES P. JONES |
| Defendants. | ) | |

For the reasons set forth in the Opinion accompanying this Default Judgment, it is **ORDERED and ADJUDGED** that final judgment is hereby entered in favor of the plaintiff WOODGRAIN, INC., against the defendants BKD ENTERPRISE, LLC, and WILLIAM B. BREWER, jointly and severely, in the amount of ONE HUNDRED NINTY-FIVE THOUSAND, THREE HUNDRED AND NINETY-FIVE DOLLARS and NINE CENTS ($195,395.09), together with interest on said amount from July 11, 2025, at the Virginia judgment rate to the date of entry by the Clerk of this Default Judgment, and thereafter at the Federal judgment rate.

The plaintiff is also awarded costs against the defendants, jointly and severally, in the amount of FOUR HUNDRED AND FIVE DOLLARS ($405.00).

The Clerk shall close the case.

ENTER: February 9, 2026

/s/ JAMES P. JONES
Senior United States District Judge